**08CR 0115**

Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE RONALD GUZMAN | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 03 GJ 336 | DATE | FEBRUARY 7, 2008 |
| CASE TITLE | US v. MARK POLCHAN & SAMUEL VOLPENDESTO | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the **SPECIAL JUNE 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _Maria Valdez_

MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT

FILED FEB - 7 2008

Docket Entry:

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $250,000.00 (SECURED) AS TO SAMUEL VOLPENDESTO. TO ISSUE BENCH WARRANT, THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO MARK POLCHAN. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INFORMATION IS TO REMAIN SEALED UNTIL NOVEMBER 7, 2008 OR BY FURTHER ORDER OF THE COURT, WHICHEVER OCCURS FIRST. DO NOT SEAL ARREST WARRANTS.

_Maria Valdez_

SIGNATURE OF JUDGE (ONLY IF FILED
OR MAGISTRATE JUDGE UNDER SEAL)

BW ISSUed
FEB 0 8 2008

| | | |
|---|---|---|
| ☐ No notices required, advised in open court. | | Number of notices |
| ☐ No notices required. | | Date docketed |
| ☐ Notices mailed by judge's staff. | | Docketing dpty. initials |
| ☐ Notified counsel by telephone. | | Date mailed notice |
| ☐ Docketing to mail notices | | |
| ☐ Mail AO 450 form. | | Mailing dpty. initials |
| ☐ Copy to judge/magistrate judge. | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | DOCKET# |