# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Susan E. Cox |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 115 - 2 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Samuel Volpendesto | | |

**DOCKET ENTRY TEXT**

Arraignment held. Alex Salerno is given leave to file his appearance as retained counsel. Defendant enters plea of not guilty. Rule 16.1 (A) conference to be held by 8/7/08. Pretrial motions to be filed by 8/14/08. Responses due on or before 8/21/08.
Status hearing before Judge Guzman set for 8/26/08 at 10:30 a.m. Defendant to remain in custody as a risk of flight and a danger to the community pending detention hearing set for 8/6/08 at 9:30 a.m. Order time excluded through 8/21/08 pursuant to 18 U.S.C. 3161(h)(1) (F).

Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | VKD |
|---|---|---|---|

U.S. DISTRICT COURT
CLERK

2008 JUL 31 PM 8:44

FILED-EDD