UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                  Case No.: 1:08−cr−00115
                                    Honorable Ronald A. Guzman
Mark Polchan, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

MINUTE entry before the Honorable Maria Valdez:as to Mark Polchan (1) and Samuel Volpendesto (2): Pursuant to the Executive Committee Order dated 8/4/08, Detention Hearing is reset for 8/6/2008 at 1:00 p.m. before Judge Valdez in Courtroom 1300. Mailed notice (yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.