UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.   08 CR 115 |
| ) | Hon.   Ronald A. Guzman |
| MARK POLCHAN and ) | |
| SAMUEL VOLPENDESTO ) | |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 26, 2008, at 9:30 a.m., or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Ronald A. Guzman, or any Judge sitting in his place or stead, in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois 60604, and present the GOVERNMENT'S MOTION SEEKING DISQUALIFICATION OF DEFENSE COUNSEL DUE TO CONFLICTS PRESENTED BY THEIR REPRESENTATION OF THE DEFENDANTS.

/s/ Amarjeet S. Bhachu    6236711
T. MARKUS FUNK
AMARJEET S. BHACHU
Assistant United States Attorneys
219 South Dearborn Street
Fifth Floor
Chicago, Illinois 60604
(312) 469-6212