UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 08 CR 115 |
| vs. | Honorable Judge Ronald A. Guzman |
| MARK POLCHAN and SAMUEL VOLPENDESTO, | |
| Defendant, | |

**NOTICE OF FILING**

TO:  Amarjeet S. Bhachu
T. Markus Funk
Assistant United State's Attorneys
219 S. Dearborn - 5th Floor
Chicago, Illinois 60604

Please take Notice that on the 5th day of September, 2008, we shall file with the Clerk of the United States Court, for the Northern District of Illinois, Eastern Division, Defendant, DEFENDANT SAMUEL VOLPENDESTO'S RESPONSE TO GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL, a copy of which is served upon you.

s/Edmund P. Wanderling
Edmund P. Wanderling

**CERTIFICATE OF SERVICE**

EDMUND P. WANDERLING, an attorney, hereby states on oath that he caused to be served upon the above named parties, by electronic filing, on the 5th day of September, 2008, a copy of the Notice and documents referred to therein.

s/Edmund P. Wanderling
Edmund P. Wanderling
2505 S. Des Plaines Ave.
North Riverside, IL 60546

(708) 443-5400